| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO.1:17cr146 |
| | § | |
| FRANCISCO CARLOS FRANCISCO-LOPEZ | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the United States Magistrate Judge Keith F. Giblin for the administration of a guilty plea hearing. Judge Giblin conducted a hearing and issued his findings of fact and report and recommendation on the defendant's guilty plea. The magistrate judge recommended that the Court accept defendant's guilty plea. He further recommended that the Court finally adjudge defendant as guilty on Count One of the Indictment. The parties have not objected to the magistrate judge's findings.

The Court accepts the findings in the report and recommendation. The Court ORDERS that Judge Giblin's report (#20) is adopted. It is finally ORDERED that defendant, Francisco Carlos Francisco-Lopez, is adjudged guilty on Count One of the Indictment charging a violation of Title 8, United States Code, Section 1326(a).

SIGNED at Beaumont, Texas, this 20th day of March, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE